FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GABRIEL HERNANDEZ JR.,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

No.  1:17-CV-3011-JTR

ORDER GRANTING STIPULATED
MOTION FOR REMAND
PURSUANT TO SENTENCE FOUR
OF 42 U.S.C. § 405(g)

   **BEFORE THE COURT** is the parties' stipulated motion to remand the
above-captioned matter to the Commissioner for additional administrative
proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 20.
Attorney D. James Tree represents Plaintiff; Special Assistant United States
Attorney Terrye Erin Shea represents Defendant.  The parties have consented to
proceed before a magistrate judge.  ECF No. 7.  After considering the file and
proposed order, **IT IS ORDERED:**

   1.   The parties' Stipulated Motion For Remand, **ECF No. 20**, is
**GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the
Commissioner of Social Security for further administrative proceedings pursuant to
sentence four of 42 U.S.C. § 405(g).

   If the Appeals Council does not issue a fully favorable decision, the
administrative law judge (ALJ) shall hold a de novo hearing on remand, update the
record as necessary, and issue a new decision.  On remand, the ALJ shall: (1)

ORDER GRANTING STIPULATED MOTION FOR REMAND . . . - 1

reevaluate the severity of Plaintiff's physical impairments; (2) reevaluate whether Plaintiff meets the requirements of Listing 12.05; (3) obtain medical expert testimony regarding Plaintiff's mental functioning and reevaluate the medical and non-medical source opinions of record; (4) reassess Plaintiff's residual functional capacity (RFC) and provide rationale for the assessed limitations; and (5) if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base, ensuring that such testimony is consistent with the Dictionary of Occupational Titles (Social Security Ruling 00-4p). The ALJ may take any other actions necessary to develop the record, and Plaintiff may submit additional evidence and present additional argument.

  2. **Judgment shall be entered for PLAINTIFF**.

  3. Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **STRICKEN AS MOOT**.

  4. An application for attorney fees may be filed by separate motion.

  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

  DATED September 22, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE